UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV15-08322 JAK (JPRx) | Date | December 15, 2015 |
| Title | Chanrath Yim Yath v. Stanislaus Credit Control Servicing, Inc. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT'S NOVEMBER 5, 2015 ORDER (DKT. 5)   JS-6

Plaintiff filed a Complaint on October 23, 2015. Dkt. 1. An Application was also filed seeking to proceed in forma pauperis (the "Application"). Dkt. 2. Upon review of the Application, it was determined that the Application was not signed and that the responses to certain questions with respect to Plaintiff's income were incomplete. Accordingly, the Court denied the Application without prejudice to Plaintiff either filing an amended application or paying the filing fee associated with the filing of the Complaint in the amount of $350 within 30 days. Dkt. 5.

On November 6, 2015, Plaintiff filed a Request seeking to have the U.S. Marshal serve the summons. Dkt. 7. However, because an amended application has not been filed and the filing fee has not been paid, the Court orders the case DISMISSED without prejudice. Therefore, the Request is MOOT.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak